IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 5:22-cv-060-KDB-DSC

| | |
|---|---|
| SHERRY L. UNDERWOOD, | ) |
| Plaintiff, | ) |
| v. | ) |
| COMMUNITY HEALTH SYSTEMS, INC., COMMUNITY HEALTH SYSTEMS PROFESSIONAL SERVICES CORPORATION, LLC, a/k/a CHSPSC, LLC, and STATESVILLE HMA, LLC, d/b/a DAVIS REGIONAL MEDICAL CENTER, | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Sherry L. Underwood, and Defendants, Community Health Systems, Inc., Community Health Systems Professional Services Corporation, a/k/a CHSPSC, LLC, and Statesville HMA, LLC, d/b/a Davis Regional Medical Center, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's claims against all Defendants with prejudice, with each party to bear their own costs and attorneys' fees.

Respectfully submitted this 28th day of October, 2022.

**For Plaintiff:**

*/s/ Jenny L. Sharpe*
Jenny L. Sharpe, Esq.
N.C. State Bar No. 13698
**J SHARPE, PLLC**
15720 Brixham Hill Avenue
Suite 300
Charlotte, NC  28277
Telephone: (704) 944-3272
Facsimile:  (704) 944-3201
Email: sharpeattorney@gmail.com


**For Defendants:**

/s/ Evan R. Dancy
Evan R. Dancy, Esq.
N.C. State Bar No.54801

/s/ Benjamin P. Fryer
Benjamin P. Fryer, Esq.
N.C. State Bar No. 54801

**FORD & HARRISON**
6000 Fairview Road, Ste. 1415
Charlotte, North Carolina  28210
Telephone: (980) 282-1900
Facsimile: (980) 282-1949
Email: edancy@fordharrison.com
Email: bfryer@fordharrison.com